AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V.

OLD DOMINICAN TOBACCOS, INC.,
a Florida Corporation; and
NEIL YOUNG, individually, and
as an officer of the corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

00-6221

TO: (Name and Address of Defendant)
NEIL YOUNG, individually
4801 S. University Drive, Suite 3090W
Davie, FL 33328

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

BARBARA L. PETRAS
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

DATE: Feb 14 2000

BY DEPUTY CLERK