AO 440 (Rev 1-90) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA,

V.

OLD DOMINCAN TOBACCO S,INC.,
a Florida Corporation; and
NEIL YOUNG, individually, and
as an officer of the corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV- DIMITROULEAS

00-6221

TO: (Name and Address of Defendant)

NEIL YOUNG, as an officer
of the corporation OLD
DOMINICAN TOBACCO INC., a
Florida corporation
4801 S. University Drive, Suite 3090W
Davie, FL 33328

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

BARBARA L. PETRAS
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida  33394

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

DATE  FEB 14 2000

BY DEPUTY CLERK