UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6221-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OLD DOMINICAN TOBACCO, INC., a
Florida corporation, and NEIL YOUNG,
individually and as an officer of the corporation,

    Defendants.
_____/



FILED by _____ D.C.

FEB 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER REQUIRING COUNSEL TO MEET
### & FILE JOINT SCHEDULING REPORT

THIS ORDER has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this order.

It is further ORDERED:

1. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure.

2. Counsel for the parties shall hold a **scheduling conference** within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. See Local Rule 16.1(B).

3. Within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required. Counsel shall also provide stamped envelopes addressed to all counsel of record.



Failure of counsel to file a joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this 17 day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Barbara Petras, AUSA
Peter Gruber, Esq.