UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6221-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,
PLAINTIFF,

v.

OLD DOMINICAN TOBACCOS, INC.,
a Florida corporation; and
NEIL YOUNG, individually, and as an
officer of the corporation,

DEFENDANTS.
_____/

**NIGHT BOX FILED**

**APR 14 2000**

CLARENCE MADDOX
CLERK; USDC / SDFL / FTL

### PLAINTIFF'S NOTICE OF PRESENT INABILITY TO COMPLY WITH LOCAL RULE 16.1 B. AND THIS COURT'S FEBRUARY 17, 2000 ORDER (SCHEDULING CONFERENCE)

Plaintiff, the United States of America, hereby most respectfully advises this court that sixty days have elapsed since the complaint was filed in this case. Although Drake Cutini, co-counsel for the plaintiff, has had several telephone conferences with the attorney that has represented defendants in the past, that attorney, Mr. Peter Gruber, Esq., has advised that he has not been retained to represent defendants in this matter. Under the circumstances, as no answer to the complaint has been filed[1], and no attorney is currently representing the defendants, no scheduling meeting as required by Local Rule 16.1 B. has occurred.[2] However, Mr. Gruber, and Mr. Cutini are exploring a possible

---

[1] Defendants were properly served with the complaint.

[2] Former counsel for defendants has understandably declined to confer as required by the Rule, because he has not been retained in this matter.



resolution of this matter. Based upon these discussions, Mr. Cutini has agreed not to seek an entry of default before April 21, 2000. Should a resolution of this case not expeditiously occur, the plaintiff will be preparing a motion for an entry of default.

DATED: April 14, 2000.

| Of Counsel: | FOR THE UNITED STATES OF AMERICA: |
|---|---|
| EILEEN HARRINGTON<br>Associate Director for<br> Marketing Practices<br>Federal Trade Commission<br>Washington, D.C. 20580 | DAVID W. OGDEN<br>Acting Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice |
| | THOMAS E. SCOTT<br>United States Attorney |
| CRAIG TREGILLUS<br>Attorney<br>Federal Trade Commission<br>Washington, D.C. 20580<br>PHONE: (202) 326-2970<br>FAX: (202) 326-3395 | By: _____<br>BARBARA L. PETRAS<br>Assistant United States Attorney<br>500 E. Broward Blvd., 7th Floor<br>Fort Lauderdale, FL 33394<br>Florida Bar #209181<br>Tel: (954) 356-7314, ext. 3609<br>Fax: (954) 356-7180 |
| | _____<br>DRAKE CUTINI<br>Trial Attorney<br>Office of Consumer Litigation<br>P.O. Box 386<br>Washington, D.C. 20044<br>PHONE: (202) 307-0044<br>FAX: (202) 514-8742 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was served upon the defendants by mail as follows on April 14, 2000:

Old Dominican Tobacco Corporation
4801 S. University Drive, Suite 3090W
Davie, Florida 33328

Neil Young, inmate,
North Broward Correctional Facility
1550 Blount Road
Pompano, Florida 33069

Peter Gruber, Esq.
One Datran Center
Suite 910,
9100 South Dadeland Boulevard
Miami, Florida 33156

Barbara L. Petras
Assistant United States Attorney