UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6221-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OLD DOMINICAN TOBACCO, INC., a
Florida corporation, and NEIL YOUNG,
individually and as an officer of the corporation,

Defendants.
_____/



## ORDER

THIS CAUSE is before the Court upon Plaintiff, the United States of America's Notice of Inability to Comply with Local Rule 16.1B and this Court's February 17, 2000 Order. The Court notes that a response to the Complaint has yet to be filed. Additionally, a joint scheduling report has not been filed.

Accordingly, it is

**ORDERED AND ADJUDGED** that a joint scheduling report shall be filed by May 24, 2000. The Court notes that if Plaintiff is unable to file a joint scheduling report due to Defendants' failure to respond to the Complaint, then Plaintiff can file a Motion for Clerk's Default.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this 12 day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Barbara Petras, AUSA
Drake Cutini, Esq.