AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

OLD DOMINICAN TOBACCO S, INC.,
a Florida Corporation; and
NEIL YOUNG, individually, and
as an officer of the corporation

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CIV- DIMITROULEAS

## 00-6221

NIGHT BOX
FILED

MAY 1 8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

TO: (Name and Address of Defendant)
NEIL YOUNG, individually
4801 S. University Drive, Suite 3090W
Davie, FL 33328

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

BARBARA L. PETRAS
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

DATE

BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/18/00 |
| NAME OF SERVER (PRINT) Michael J. Braun | TITLE Financial Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1351 NW 27 Ave (Brow Cnty Jail) Pompano Beach, FL 33065

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/18/00

Signature of Server: Michael J Braun

Address of Server: SOF - Office of the Attorney General
110 SE 6 St - 9 Fl.
Ft. Lauderdale, FL 33301

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.