# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA,

             V.

OLD DOMINCAN TOBACCO S,INC.,
a Florida Corporation; and
NEIL YOUNG, individually, and
as an officer of the corporation

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CIV-DIMITROULEAS

**00-6221**

NIGHT BOX
FILED

MAY 1 8 2000

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

TO: (Name and Address of Defendant)

NEIL YOUNG, as an officer
of the corporation OLD
DOMINICAN TOBACCO   INC., a
Florida corporation
4801 S. University Drive, Suite 3090W
Davie, FL 33328

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

      BARBARA L. PETRAS
      ASSISTANT U.S. ATTORNEY
      United States Attorney's Office
      500 East Broward Boulevard, Ste. 700
      Fort Lauderdale, Florida   33394

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

**CLERK**

BY DEPUTY CLERK

DATE  May-14, 0000

AO 440 (Rev 1/80) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/18/00 |
| NAME OF SERVER (PRINT) Michael J. Braun | TITLE Financial Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1351 NW 27 Ave. (Brow.Cnty Jail) Pompano Beach, FL 33069

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/18/00         Michael J. Braun
           Date              Signature of Server

OFFICE OF THE ATTORNEY GENERAL
110 S.E. 6TH STREET, REPUBLIC TOWER
FT. LAUDERDALE, FL 33301

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.