UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6221-Civ-Dimitrouleas/Johnson

UNITED STATES OF AMERICA

    PLAINTIFF,

    v.

OLD DOMINICAN TOBACCOS, INC.,
 a Florida corporation; and
NEIL YOUNG, individually, and as an
 officer of the corporation,

    DEFENDANTS.

**NIGHT BOX FILED**

MAY 1 0 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## REQUEST TO ENTER DEFAULT

TO: CLARENCE MADDOX, Clerk of the United States District Court for the Southern District

of Florida:

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff, the United States of America,

requests that you please enter the default of defendants, Neil Young and Old Dominican Tobaccos,

Inc., for failure to plead or otherwise defend this case, as provided by the Federal Rules of Civil



Procedure, as appears from the affidavit of Barbara L. Petras, submitted herewith.

May /8/, 2000

Of Counsel:

EILEEN HARRINGTON
Associate Director for
 Marketing Practices
Federal Trade Commission
Washington, D.C. 20580

CRAIG TREGILLUS
Attorney
Federal Trade Commission
Washington, D.C. 20580
PHONE: (202) 326-2970
FAX: (202) 326-3395

FOR THE UNITED STATES OF AMERICA:

DAVID W. OGDEN
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

THOMAS E. SCOTT
United States Attorney

By: *[signature]*
BARBARA L. PETRAS
Assistant United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
Florida Bar # 209181
PHONE: (954) 356-7314
FAX: (954) 356-7180

*[signature]*
DRAKE CUTINI
Trial Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
PHONE: (202) 307-0044
FAX: (202) 514-8742

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent this /8/

day of May, 2000 to Peter G. Gruber, Esq., One Datran Center, Suite 910, 9100 South Dadeland

2

Boulevard, Miami, Florida, and Neil Young, c/o North Broward Correctional Facility, P.O. Box 407037, Ft. Lauderdale, Florida 33340-7037.

Barbara L. Petras
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6221 Civ. Dimitrouleas/Johnson

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

OLD DOMINICAN TOBACCOS, INC.,
 a Florida corporation; and
NEIL YOUNG, individually, and as an
 officer of the corporation,

DEFENDANTS.
_____/

## DECLARATION FOR ENTRY OF DEFAULT

I, Barbara L. Petras, declare and state as follows:

I am co-counsel for plaintiff in the above-captioned action. Michael Braun, Investigator at the Florida State Attorney General's Office served the complaint and summons in the instant case on defendants Neil Young and Old Dominican Tobaccos, Inc., on February 18, 2000. The time within which defendants Neil Young and Old Dominican Tobaccos, Inc., may plead or otherwise defend has expired, and defendants have not plead or otherwise defended the case. Moreover, the time for pleading or defending the case has not been extended by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2000.

_____
BARBARA L. PETRAS
ASSISTANT UNITED STATES ATTORNEY
Attorney for Plaintiff


GOVERNMENT EXHIBIT