UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6221-Civ-Dimitrouleas/Johnson

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

OLD DOMINICAN TOBACCOS, INC.,
 a Florida corporation; and
NEIL YOUNG, individually, and as an
 officer of the corporation,

DEFENDANTS
_____/

## ENTRY OF DEFAULT

It appearing that the complaint and summons were served on defendants Neil Young and

Old Dominican Tobaccos, Inc., on February 18, 2000, from the return of service; that the time

within which defendants may plead or otherwise defend has expired; that defendants have not

plead or otherwise defended; and that the time for pleading or defending has not been extended.

Now, therefore, the default of defendants Neil Young and Old Dominican Tobaccos, Inc.,

is hereby entered.

This 19 day of May, 2000.

> CLARENCE MADDOX
> Clerk of the United States District Court
> Southern District of Florida
>
> BY: _____
>      DEPUTY CLERK

