UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6221-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OLD DOMINICAN TOBACCO, INC., a
Florida corporation, and NEIL YOUNG,
individually and as an officer of the corporation,

    Defendants.
_____/

FILED by ___ D.C.

SEP 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

THIS CAUSE is before the Court sua sponte.

Rule 41.1 of the Local Rules of the United States District Court for the Southern District of Florida provides that "[c]ivil actions not at issue which have been pending without any proceedings having been taken therein for more than three months may be dismissed for want of prosecution by the Court on its own motion after notice to counsel of record." A review of the court record herein reveals that the above-styled cause is not at issue and there have been no proceedings for more than three months. Plaintiff requested an Entry of Default [DE 9], and on May 19, 2000, an Entry of Default [DE 10] was entered. To date, no other action has occurred. Accordingly, it is



**ORDERED** that the plaintiffs shall file a status report with the Clerk of this Court within twenty (20) days of the date of this Order and further show cause why the above-styled cause should not be dismissed for want of prosecution. Failure to comply with this Order shall result in immediate dismissal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ___6___ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Barbara Petras, AUSA
Drake Cutini, Esq.