UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6221 Civ. Dimitrouleas/Johnson

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| v. | ) |
| OLD DOMINICAN TOBACCOS, INC., a Florida corporation; and NEIL YOUNG, individually, and as an officer of the corporation, | ) |
| DEFENDANTS. | ) |



### **MOTION FOR DEFAULT JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 55(b), the United States hereby moves for default judgment in this case. The grounds for this motion are set forth fully in the memorandum filed simultaneously with this motion.

Respectfully submitted,

Of Counsel:

EILEEN HARRINGTON
Associate Director for
 Marketing Practices
Federal Trade Commission
Washington, D.C. 20580

FOR THE UNITED STATES OF AMERICA:

DAVID W. OGDEN
Assistant Attorney General
Civil Division
U.S. Department of Justice



CRAIG TREGILLUS
Attorney
Federal Trade Commission
Washington, D.C. 20580
PHONE: (202) 326-2970
FAX: (202) 326-3395

GUY A. LEWIS
United States Attorney

By: *[signature]*
BARBARA L. PETRAS
Assistant United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
Florida Bar # 209181
PHONE: (954) 356-7314
FAX: (954) 356-7180

*[signature]*
DRAKE CUTINI
Trial Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
PHONE: (202) 307-0044
FAX: (202) 514-8742

September 21, 2000